

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-14-00633-CR

Ex Parte Fernando Paramo **HERNANDEZ**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1274
The Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

    The Appellant's motion for extension of time to file the brief is GRANTED IN PART. Time is extended to November 12, 2014.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court